The application is denied. There appears no error of law in the judgment complained of.

202 So.2d 658

**STATE of Louisiana, through the DEPARTMENT OF HIGHWAYS,**

v.

**Leroy TALBOT.**

No. 48864.

Oct. 6, 1967.

Writ refused. On the facts found by the Court of Appeal the result reached by it is correct.

202 So.2d 658

**John HARTZOG**

v.

**Robert L. EUBANKS et al.**

No. 48866.

Oct. 6, 1967.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal the result reached by the court is correct.

HAMITER, J., is of the opinion that the writ should be granted to allow consideration of the application of the doctrine of last chance.

SANDERS, J., is of the opinion that a writ should be granted. However, he expresses no opinion at this time as to the result to be reached.